THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ROY LEE WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CV3187 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| NSP MEDICAL SERVICES UNIT, et al., | ) | |
| | ) | |
| Defendants. | ) | |

    This matter is before the court on filing no. 18, the motion for an extension of time, filed by the plaintiff. The plaintiff requests an extension of time for service of summons. Plaintiff claims that another inmate at his institution took the paperwork necessary for serving the defendants. After review of the record, I will grant the plaintiff's request. I will direct the Clerk of the Court to send plaintiff an additional 285 form and summons form for each named defendant. Plaintiff will have the requested extension until May 1, 2006 to serve the defendants. Filing no. 18 is granted.

    SO ORDERED.

    DATED this 17th day of March, 2006.

BY THE COURT:

S/ F. A. Gossett
United States Magistrate Judge