IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ROY LEE WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CV3187 |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| NSP MEDICAL SERVICES UNIT, et al., | ) | |
| | ) | |
| Defendants. | ) | |

    This matter is before the court on filing no. 13, the motion to amend, filed by the plaintiff. In filing no. 13, the plaintiff requests leave to amend his complaint to sue defendants Randy Kohl and John Casebolt in both their official and individual capacities. After review of the record I will grant the plaintiff's request. The record will note that the plaintiff is suing defendants Kohl and Casebolt in both their official and individual capacities. Filing no. 13 is granted.

    SO ORDERED.

    DATED this 17th day of March, 2006.

                                BY THE COURT:

                                S/F.A. GOSSETT
                                United States Magistrate Judge