IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ROY LEE WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05cv3187 |
| | ) | |
| vs. | ) | MEMORANDUM AND ORDER |
| | ) | |
| NSP MEDICAL SERVICES Unit, et al., | ) | |
| | ) | |
| Defendants. | ) | |

    This matter is before the court on filing nos. 21 and 22 in which the plaintiff, Roy Lee Williams, a prisoner, requests an extension of time to complete service of process on the defendants. In light of his recent surgical procedures, the plaintiff requests an extension until July 1, 2006 to effect service of process. The plaintiff's motions are granted, and I will direct the Clerk of court to send the plaintiff three summons forms and three Form-285s.

    To expedite this matter, I will inform the plaintiff how to complete the forms. The first summons and Form-285 should be addressed as follows:

TO: **(Name and address of Defendant)**

State of Nebraska and
All named defendants in their official capacity

c/o Nebraska Attorney General
2115 State Capitol
Lincoln, NE 68509.

The second summons and Form-285 may be addressed as follows:

TO: **(Name and address of Defendant)**

John M. Casebolt, M.D. (individual capacity)
DCS Central Offices, P.O. Box 94661
Folsom & Prospector Place
Lincoln, NE 68509.

    The third summons and Form-285 may be addressed to Randy T. Kohl, M.D. (individual capacity) at the same address as Dr. Casebolt, but on separate summons and 285 forms. For individual-capacity service, each defendant must have his own separate summons and Form-285.

The court will copy the complaint to be forwarded to the U.S. Marshal for service on the defendants. The deadline of July 1, 2006 includes the time the Marshal requires to serve the summons (usually two to three weeks), so it is best to return the completed forms to the court as soon as possible. The plaintiff should sign the Form-285 where the Form calls for "signature of attorney or other originator." A summons form does not require the plaintiff's signature. The plaintiff should leave the last part of the summons form blank, as the court will fill in the number of days in which each defendant must answer, and the court will sign and date the form. With these instructions, the plaintiff should be able to return the forms promptly. The plaintiff may telephone the Clerk of Court or write a letter with any questions.

THEREFORE, IT IS ORDERED:

1. That filing nos. 21 and 22 are granted, and the deadline for service of process is extended until July 1, 2006, in the absence of which this case could be subject to dismissal without prejudice; and

2. That the Clerk of Court shall send the plaintiff three summons forms and three Form-285s, which the plaintiff shall complete in accordance with the above instructions and return to the court as soon as possible.

DATED this 19th day of May, 2006.

BY THE COURT:

s/ F. A. GOSSETT
United States Magistrate Judge